United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EARNEST S. HARRIS,

      Petitioner,

      v.

WARDEN FOLSOM STATE PRISON,

      Respondent.

Case No. 21-cv-06318-JCS (PR)

**ORDER OF TRANSFER**

In this federal habeas action petitioner, who is housed in the Eastern District at CSP-Sacramento, challenges the CDCR's denial of time credits he alleges he is owed under Proposition 57. This action is TRANSFERRED to the Eastern District of California because if a habeas petition involves parole or time credits claims, the district of confinement is the preferable forum. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b)(2); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). The Clerk shall transfer this action forthwith.

      **IT IS SO ORDERED.**

**Dated:** September 23, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge