UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST S. HARRIS, | No. 2:21-cv-1749 AC P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| WARDEN, FOLSOM STATE PRISON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  However, while petitioner has submitted a certified trust account statement, he has not filed an in forma pauperis application.  <u>See</u> 28 U.S.C. § 1915(a). Petitioner will be provided the opportunity to submit the appropriate application in support of a request to proceed in forma pauperis.  Alternatively, petitioner may pay the $5.00 filing fee.  <u>See</u> 28 U.S.C. § 1914(a)

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Petitioner shall submit, within thirty days from the date of this order, an application in support of a request to proceed in forma pauperis.  Petitioner may alternatively pay the $5.00 filing fee.  Failure to comply with this order will result in a recommendation that this action be dismissed.

/////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: September 28, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE